-FILED-

United States Courthouse
For Northern District of Indiana
Hammond Civil Division

MAR 30 2015

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Maurice Brown;

    Plaintiff;

Vs.

21st Mortgage Corporation;

    Defendants.

For punitive damages

case no. \_\_\_2.15CV 118\_\_\_

Jury demand

Type of action: A petition with grievance that seeks redress

## Complaint against defendants for developing unconstitutional-fiction that bothers plaintiff with 3-aspects: (1) intent; (2) deprivation; and (3) race-discrimination.

**With trust in God** to sue defendants. The plaintiff alleges:

[Jurisdiction]

1. The *U.S. Constitution 1st Amendment* lets plaintiff petition with a grievance that seeks redress (exhibit-X0). Because defendant guessed 4-words of a sentence. Then filed same-sentence in Indiana Appellate-case: Brown vs. 21st mortgage.

[About parties]

2. When forming sentences, defendants know themselves to be a white-owned Corp that does business in Hammond Indiana that involves plaintiff.

3. When doing business, 21st wrote 4-words to say: "the property sits unoccupied". The 4-words are in page-seven of a motion, at lines 11-12 (exhibit-X1).

4. Lines 11-12 speculates because Brown writes from 7509. Then complains about the 4-words. As a 54-year-old black-person who learned to read & write.

5. In JUL 2014, defendants acquired service-rights for property at 7509.

6. In its pre-acquisition research, 21st learned plaintiff has lived at 7509 for 14-years and suffers from three permanent mental & physical disabilities that are: (1) glaucoma blindness (2) post aortic-aneurysm symptoms; and (3) anxiety disorder.

7. Brown offers medical evidence for his disabilities (exhibits-X2).

[Cause of action statements]

8. To accept a True-Occupant-Situation, defendants cause Brown to occupy 7509.
9. Defendants are liable for rejecting a true-occupant-situation. Because in Indiana Appeals case no. 45A03-1407-MF-235. The defendants engaged its legal mind to reject a TOS then caused 4-words as: 'the property sits unoccupied'. And for allowing its 4-words to be seen, by Brown. The defendants cause new reading material for Brown's remaining sight. Brown claims because of the 4-words, he struggled visually to draft this instant suit. A suit that alleges 21st knowingly guessed 4-words then caused 3-aspects to harm plaintiff's person. And for Brown's person believing defendants knowingly guessed 4-words, it causes liability because Brown was injured then suffers.

[Intro-facts]

10. As apellees, defendants assumed liability for developing its 4-word sentence.
11. On 22 DEC 2014, defendant filed a appearance in case-235. That made them appellees, with access to internal-records.
12. With access to internal-records, defendants read a true-occupant-situation.
13. After reading Brown's true-occupant-situation, defendants allowed attorney Timothy J. O'Connor to develop page-seven of a motion, with 17 lines.
14. And to develop page-seven, defendants cause plaintiff to suffer from 3-aspects.

[How aspect one occurred]

*'Defendants developed fiction, with intent to bother Brown's disabilities'*

15. On 24 DEC 2014, defendants rejected Brown's true-occupancy-situation to develop fiction in lines 11-12, with the intent to bother plaintiff's disabilities.
16. In developing fiction, defendants typed: "the property sits unoccupied".
17. Such typing is fiction because defendants own internal-records that differ.
18. To differ, internal-records explain a true-occupancy-situation.
19. Instead of believing its internal-records defendants caused lines 11-12.
20. Before drafting lines 11-12, defendants reviewed internal-records to learn prior occupant-knowledge of who occupied 7509.
21. Lines 11-12 are intentional because defendants recalled who still lived at 7509.

22. Lines 11-12 means defendants concealed Brown's true-occupant-situation.
23. Lines 11-12 stages-fiction because Sand Castle Field Services prepared a report that named Brown as the occupant. On the instructions per defendants.
24. In JUL 2014, per defendants, SCFS-agents went to 7509 to interview Brown.
25. To prove the interview happened--there is a field-report (exhibit-X3).
26. The field-report is data in internal-records that causes 21st to recall Brown's true-occupant-situation, before preparing lines 11-12.
27. In addition to having internal-records, 21st correctly printed mail as Maurice Brown 7509 White Oak Ave., Hammond IN, 46324 (exhibits-X4).
28. At all times relevant, 21st printed mail expecting it to reach Brown at 7509. On 12 DEC 2014--21st printed a payment book, that reached Brown (exhibit-X5).
29. To print mail with expectations, it causes defendants to know whose in 7509.
30. And to know whose in 7509 then lie to say: "the property sits unoccupied". It causes intent to bother plaintiff's disabilities.

[How aspect-two occurred]

*[Defendants developed fiction to deprive Brown of his rights]*

31. On 24 DEC 2014, defendants filed lines 11-12 in appellate case-235.
32. The development of lines 11-12 installed fiction in appellate case-235.
33. Defendant used its legal mind to develop lines 11-12. And intended its lines to be unconstitutional-fiction, that deprived plaintiff of his rights to learn.
34. In engaging its legal-mind; the defendants intended to disregard plaintiff's rights.
35. In its disregarding, defendants imposed a form of punishment upon plaintiff for learning how to read, write then petition.
36. Under the Indiana Supreme Court, via its counsel, defendants took an oath not to deprive plaintiff of his rights with unconstitutional fiction, as seen in lines 11-12.
37. And by lines 11-12 being seen the defendants deprive plaintiff with fiction.

[How aspect-three occurred]

*'Defendants reject a true-occupant-situation by thinking under race-discrimination'*

38. At all times relevant, defendants recalled the plaintiff is a black-person.
39. According to lines 11-12, defendants assume plaintiff is a substandard reader.

40. In its normal course of business, defendants installed lines 11-12. Because of assuming the black-plaintiff is a substandard-reader.
41. In designing its reading material, defendants assumed plaintiff's reading-level was incapable of comprehending the content presented by lines 11-12.
42. The content means a black-plaintiff cannot represent a TOS.
43. In its normal course of business defendants did not allow a black-person to represent a True-Occupant-Situation, without installing 4-words in their case.
44. In placing lines 11-12, defendants assumed plaintiff could not figure.
45. And by not allowing blacks to represent a TOS, or be known to decipher 4-words. The defendants causes thinking under-race discrimination toward plaintiff's person.

[Conclusion]

46. Lines 11-12, describes a vacant-property-occurrence that did not occur.
47. In describing, defendants were reckless because the end-results will harm Brown's person.
48. For its results, defendants wish Brown homelessness. Or be forced from 7509.
49. This petition presents 3-aspects identified by our U.S. Constitution.
50. And for presenting 3-aspects it is not by plaintiff's own fault.
51. As a result thereof plaintiff is continuously injured in his person.
52. As a result thereof, defendants entitle plaintiff to his relief sought.

[Relief sought]

Wherefore, plaintiff prays a jury finds judgment against defendants. Then awards him a punitive damage amount that detours 21st from ever again guessing to harm another black-person with disabilities.

Entreatingly submitted;

*[signature]*

Maurice Brown

I sign under the penalties of perjury, *18 U.S.C. section 1621* that this petition-statements are true & correct to the best of my recalled-knowledge.

## Exhibit-Index

X0= The constitutional law that allows Brown to petition/Page 6;

X1= the motion that writes lines 11-12 /Page 7;

X2- medical evidence about Brown's disabilities/Pages 8-13;

X3= the facts Sand Castle field-reported /Page 14;

X4= the papers prepared by 21st corp /Pages 15-18;

X5= a payment book, and loan summary by 21st corp/Page 19.

Maurice Brown, Pro se
7509 White Oak Avenue
Hammond Indiana 46324-3140
(219) 262-2961

# Right to petition in the United States

From Wikipedia, the free encyclopedia

In the **United States** the **right to petition** is guaranteed by the First Amendment to the United States Constitution, which specifically prohibits Congress from abridging "the right of the people...to petition the Government for a redress of grievances".

Although often overlooked in favor of other more famous freedoms, and sometimes taken for granted,[1] many other civil liberties are enforceable against the government only by exercising this basic right.[2] The right to petition is fundamental in a Republic, such as the United States, as a means of protecting public participation in government.[1]



The right to petition is protected by the First Amendment in the Bill of Rights.

## Contents

- 1 Historic roots
- 2 First use
- 3 Scope
    - 3.1 Restrictions
- 4 References

EXHIBIT X 0

page-6

## Historic roots

The American right of petition is derived from British precedent. In Blackstone's *Commentaries*, Americans in the Thirteen Colonies read that "the right of petitioning the king, or either house of parliament, for the redress of grievances" was a "right appertaining to every individual".[3]

In 1776, the Declaration of Independence cited King George's perceived failure to redress the grievances listed in colonial petitions, such as the Olive Branch Petition of 1775, as a justification to declare independence:

> In every stage of these Oppressions We have Petitioned for Redress in the most humble terms: Our repeated Petitions have been answered only by repeated injury. A Prince, whose character is thus marked by every act which may define a Tyrant, is unfit to be the ruler of a free people.[4]

days after the Notice of Clerk's Record was filed. App. R. 45(B)(1)(a). Thus, his brief would have been due on September 12, 2014 -- nearly three and one-half months ago.

21st Mortgage recognizes that Brown is acting *pro se*. But this Court has often said that *pro se* litigants will be held to the same standards as an attorney. *Zavodnik v. Harper*, 17 N.E.3d 259 (Ind. 2014). Even if the Court were inclined to give a self-represented litigant a bit of leeway, this is not Brown's first experience with appellate procedure. On the contrary, as related above, he filed a prior appeal in this case, and he is or should be familiar with the applicable rules.

The unwarranted delay is not merely an annoyance to 21st Mortgage. This is a mortgage foreclosure case that went to judgment and sheriff's sale six months ago. 21st Mortgage has taken title to the property, but is loath to remarket it while litigation is still pending. Thus, the property sits unoccupied and subject to diminution in value because of adverse weather, deterioration, and vandalism. Brown's failure to timely prosecute this appeal has thus prejudiced the substantive rights of 21st Mortgage by effectively preventing a sale of the subject real estate.

4. *Request for Relief.*

Based upon the foregoing, 21st Mortgage requests that this appeal be dismissed with prejudice.

Respectfully submitted,

O'CONNOR & AUERSCH

*(signature)*

Timothy J. O'Connor
Attorney for 21st Mortgage Corporation
Attorney No. 16478-49
4309 S. East Street
Indianapolis, IN 46227
(317)784-8484
toconnor@oconnorandauersch.com

EXHIBIT X1   Page-7



Douglas F. Williams, M.D.

**Williams Eye Institute and Hearing Center**
6850 Hohman Avenue • Hammond, Indiana 46
219-931-7509   219-937-5093 Fax   219-93
Medical Offices   www.williamseye.com   Surgery

APR 8 2014

Date: _____

Dr. Ferguson referred pt for evaluation of **glaucoma**
"uveitic glaucoma - iritis"

CC: ARMD  Cataracts  Dry Eyes  Glaucoma/Suspect  IOL  Diabetes
Other: Hx glaucoma. Pt. was a Pt. Dr Jason Brooks.
Subj/HPI: Also sees Dr. Ferguson.
Hx Cats. "Right eye blind" Trauma OD age 6 x2
Feels xalatan - works better.

Ocular Meds:
Durezol BID OD ou
Combigan BID ou OU
Pataday
Travatan QD ou ou

Max IOP ____   Target IOP ____

V   OD  sc NLP   ph  N  BAT M
    OS  20/30+

W   OD  Broke glasses
    OS

M   OD  —     Add:
AR  OS  -0.75 + 0.25 x 166  20/20

MR Rx  OD  Balance    Add:
       OS  -0.50 + 0.25 x 166  20/20  +2

Dk.  Lt.  Rea.  APD
Pupils: OD  6.5 Fixed
        OS  7.5  5.5  3  ∅

CVF: ☐ Full  ☑ Other  NLP OD

@ 253  TA < 27/14  (+3) OS
@ 254  Dilation: 1%M  (+2) OS

EOM: Versions ☐ WSF/full ☑ Other  (R) ESO
Alignment ☑ WSF/full ☐ Other

VC Technician

Ext: Lids/Lashes/Lac App: ☑ WSF ☐ Other

**Dilated Fundus Exam**
                    OU
Nerve:    ☑ nl
Macula:   ☑ nl  HAZY OD
                  hazy view
Vessels:  ☑ nl
Periphery: ☑ nl
C/D  HAZY view  O 0.4

Pachy
OD 51
OS 52

**Slit Lamp Exam:**
        OU
Conj.  ☐ WSF  2-3+ injeet   mild
K      ☐ WSF  2+ pigment dust   injeet OS
A/C    ☐ WSF  PI PATENT / OD
Iris   ☐ WSF  1 PAS @ 10 periph. / trabec
Lens   ☐ WSF  4+ NS
IOL    ☐ WSF  4+ PSC
PC     ☐ WSF

ASSESSMENT: 1) POAG - limits VA
            2)

EXHIBIT X2  page 8
pg 1 of 6

Return: ____ CE OV PO IOP OCT VF
Reason: Cats IOL Glauc Dry Eyes DM ARMD Other: ____

TESTS ORDERED: Ascan   Lenstar
PLAN: Switch to Latanoprost
D/C Travatan Z

Cont Durezol BID OD →
Combigan BID OD →
Pataday QD OU →

HPI Confirmed by Dr.  AW  DW  EG  TK  BF

## AFTER VISIT SUMMARY

**Maurice Brown**

### Facility/Hospital

| Name | Address | Phone |
|---|---|---|
| COMMUNITY HOSPITAL | 901 MACARTHUR BLVD<br>Munster IN 46321-2901 | 836-1600 |

Page · 9

EXHIBIT
X2
Pb 2 of 6

## Medications

**Medication List**                              As of 9/11/2013 5:42 PM

### START taking these NEW medications

| | Instructions |
|---|---|
| **buffered aspirin 325 MG Tabs**<br>Ordering Physician: Patty A Meding<br>Commonly known as: BUFFERIN | Take 1 tablet (325 mg) by mouth daily |
| **DSS 100 MG Caps**<br>Ordering Physician: Patty A Meding | Take 100 mg by mouth 2 times daily |
| **HYDROcodone-acetaminophen 5-325 MG per tablet**<br>Ordering Physician: Patty A Meding<br>Commonly known as: NORCO | Take 1 tablet by mouth every 4 hours as needed |
| **irbesartan 300 MG tablet**<br>Ordering Physician: Patty A Meding<br>Commonly known as: AVAPRO | Take 1 tablet (300 mg) by mouth daily |
| **nebivolol 10 MG tablet**<br>Ordering Physician: Patty A Meding<br>Commonly known as: BYSTOLIC | Take 1 tablet (10 mg) by mouth daily |
| **pantoprazole 40 MG tablet**<br>Ordering Physician: Patty A Meding<br>Commonly known as: PROTONIX | Take 1 tablet (40 mg) by mouth every morning (before breakfast) |

### CONTINUE these medications which have NOT CHANGED

| | Instructions |
|---|---|
| **amLODIPine 10 MG tablet**<br>Ordering Physician: Patty A Meding<br>Commonly known as: NORVASC | Take 1 tablet (10 mg) by mouth daily |
| **clobetasol 0.05 % ointment**<br>Commonly known as: TEMOVATE | Apply topically 2 times daily Apply to legs |
| **cloNIDine 0.3 MG tablet**<br>Ordering Physician: Patty A Meding<br>Commonly known as: CATAPRES | Take 1 tablet (0.3 mg) by mouth 2 times daily |
| **prednisoLONE acetate 1 % ophthalmic suspension**<br>Ordering Physician: Patty A Meding<br>Commonly known as: PRED FORTE | Place 1 drop into the right eye daily for 10 days |
| **XANAX PO** | Take 0.5 mg by mouth daily. |

### STOP taking these medications

**atenolol 50 MG tablet**

**COMBIGAN OP**
**diazepam 2 MG tablet**
**DIOVAN 320 MG tablet**
**latanoprost 0.005 % ophthalmic solution**



page 10

### Where to get your medications

These are the prescriptions that you need to pick up.
You may get these medications from any pharmacy.

amLODIPine 10 MG tablet
buffered aspirin 325 MG Tabs
cloNIDine 0.3 MG tablet
DSS 100 MG Caps
HYDROcodone-acetaminophen 5-325 MG per tablet
irbesartan 300 MG tablet
nebivolol 10 MG tablet
pantoprazole 40 MG tablet
prednisoLONE acetate 1 % ophthalmic suspension

# Summary of your Hospitalization

### About your hospitalization

| | |
|---|---|
| You were admitted on **September 1, 2013** | You last received care on **CH 2 WEST PAVILION** |
| You were discharged on **September 11, 2013** | Unit phone number-If you have questions call **219-836-7048** |

### Why You Were Hospitalized-Your Diagnoses Included:

1. **Chest pain**
2. **Aneurysm**
3. **Lung failure causing loss of breath**

### Allergies as of 9/11/2013

| | Reactions |
|---|---|
| **Pcn (Penicillin)** | Itching, Swelling |
| **Sulfa Drugs** | Itching |

### Diet Instructions/Orders for After Discharge

Diet: Cardiac, Lacto-ovo --low fat, low cholesterol, low sodium

### Follow-up Information

**Follow up with Leonard J. Buccellato, MD. Schedule an appointment as soon as possible for a visit in 2 weeks.**
Contact information:
761 45th St Ste 108
Munster IN 46321
219-922-5416

**Follow up with Patty A Meding, NP on 10/1/2013. (@ 2:15 PM)**
Contact information:

## Clinical Summary for Maurice Brown

**Date of Encounter:** 12/19/2014 12:15 PM

**Cardiology Associates of NW Indiana-Munster**
10010 Donald S. Powers Drive
Munster, IN 46321
Phone: (219) 934-4200    Fax: (219) 922-5905

### Reason for today's visit and reported symptoms

The patient is a 53 year old male who presents with a complaint of palpitations. Onset was month(s) ago. The episodes last for minutes. The patient describes this as mild and unchanged. Symptoms include palpitations and forceful heartbeat.

Additional reasons for visit:

Dizziness is described as the following:
Onset was year(s) ago. The episodes last for seconds. The patient describes this as mild and unchanged. Symptoms include dizziness. Symptoms are exacerbated by head movement, bending over and getting up quickly.

Ear problems is described as the following:
The ear problems has been occurring for 2 week(s). The onset of the ear problems has been gradual. The course has been unchanging. The ear problems is described as being located in the right ear. The ear problems is described as moderate. The ear problems is characterized as a aching and - (itching).

Continue Care is described as the following:
Problems include hypertension and coronary artery disease.

### Medical problems reviewed

- PALPITATIONS 785.1 | R00.2
- DIZZINESS 780.4 | R42
- IRRITATION OF EAR 388.8 | H93.8X9
- CAD (CORONARY ARTERY DISEASE) 414.00 | I25.10
- AORTIC VALVE DISORDER - Status is Inactive 424.1 | I35.9   Impression: significant
- HYPERTENSION, BENIGN 401.1 | I10

### Allergies

- Penicillins
- Sulfanomides

### Active Medications

Bystolic 10MG Tablet gave samples
**Dosage:** 1 (one) Tablet Tablet Oral daily

Norvasc 10MG Tablet
**Dosage:** 1 Tablet Oral daily

Lisinopril 10MG Tablet
**Dosage:** 1 (one) Tablet Oral two times daily

Cortisporin 3.5-10000-1 Solution
**Dosage:** 1 (one) Solution Otic two times daily

Remeron
**Dosage:** specific dose unknown Oral at bedtime

Escitalopram Oxalate 10MG Tablet CALLED CVS PHARMACY LVM
219-937-8521
**Dosage:** 1 (one) Tablet Tablet Oral daily


EXHIBIT X2
4 of 6
Page 11

**REGIONAL MENTAL HEALTH CENTER**
Regional Mental Health -Lakeside Counseling Center
2600 Highway Ave
Highland IN, 46322
Tel: (219) 972-0131 Fax: (219) 972-9104

**Preferred Pharmacy**
CVS/pharmacy #2520
6445 CALUMENT AVE.
HAMMOND IN, 46325
Tel: (219) 937-8525 Fax: (219) 937-3381

**Patient: MAURICE BROWN**
**Male**  Age: 54 - DOB: 12/23/1960
MR#: 016250170
7509 WHITE OAK AVE
Hammond IN, 46324
Home: (219) 262-2961  Work: (000) 000-0000

**Allergies:**
**Diagnoses:** DSMIV: 300.02 - Generalized Anxiety Disorder (primary) ICD9: 401.9 - HYPERTENSION NOS ICD9: 799.9 - UNKN CAUSE MORB/MORT NEC DSMIV: ISC1 - Problems with primary support group DSMIV: ISC2 - Problems related to the social environment DSMIV: ISC4 - Occupational problems DSMIV: ISC5 - Housing problems DSMIV: ISC9 - Other psychosocial and environmental problems

### Current Active Orders

| Medication | Prescriber | Start Date | End Date |
|---|---|---|---|
| Brintellix - 10MG, TAB, PO. Take one (1) Tablet Daily samples. | Dr. Epifanio Sandoval MD | 02/17/2015 | 03/18/2015 |
| Mirtazapine - 30MG, TAB, PO. Take one (1) Tablet At Bedtime | Dr. Epifanio Sandoval MD | 02/17/2015 | 03/18/2015 |
| cloNIDine | Non-ISC | | |
| metoprolol | Non-ISC | | |

### Most Recent Prescribing Events (Occurred 02/17/2015)

| Medication | Prescriber | Start Date | End Date |
|---|---|---|---|
| New Brintellix - 10MG, TAB, PO. Take one (1) Tablet Daily samples. | Dr. Epifanio Sandoval MD | 02/17/2015 | 03/18/2015 |
| RO Mirtazapine - 30MG, TAB, PO. Take one (1) Tablet At Bedtime | Dr. Epifanio Sandoval MD | 02/17/2015 | 03/18/2015 |
| DC escitalopram - #Refills Authorized: 1 - 10 mg, TAB, PO. Take one (1) tablet Each Morning | Dr. Epifanio Sandoval MD | 12/16/2014 | 02/17/2015 |

*[handwritten: Next Sp]*   *[handwritten: 3-17-15]*

*[handwritten: ER-30]*

EXHIBIT X2
5 of 6

*[handwritten: Page 12]*



**REGIONAL MENTAL HEALTH CENTER**
Helping. Healing. Building a Strong Community.

Forensic Clinical Services

State of Illinois

Circuit Court of Cook County

Criminal Courts Administration Building

2650 S. California, Room 1001

Chicago, Il  60608

EXHIBIT X2
6 of 6

Page 13

To Whom It May Concern:                                                                      1/30/2015

Maurice Brown, birthdate 12/23/1960, has been coming to our clinic for services since 5/19/2014.

He was seeking services for problems with anxiety, ocd symptoms and problems with insomnia. We have seen no evidence of drug or alcohol related symptoms. He continues to suffer from some anxiety and depression, after also dealing with the effects of an aortic aneurysm on 9/1/13, and being blind in his right eye. There has been some improvement in the level of depression. He is on the current medication : Lexapro 10 mg daily and Mirtazapine 30 mg at night. We have seen no evidence of psychosis, or delusions. If there are further questions, we are available at 219-972-0131.

_____, LCSW

_____, MD

www.RegionalMentalHealth.org

**Strawhun Center**
8555 Taft Street • Merrillville, IN 46410-6199 • Phone 219.769.4005 • Fax 219.769.2508

**Stark Center**
3903 Indianapolis Blvd • East Chicago, IN 46312-2555 • Phone 219.398.7050 • Fax 219.392.6998

# Castle
## FIELD SERVICES

# Field Visit Assignment Instructions

Page 1 of 2
Wednesday, July 23, 2014

**To:** Aaron Wallace - IN
**Email:** indycoltsrock18@hotmail.com

**From:** Sand Castle Field Services (262) 754 - 6006

All results and photos must be submitted via the Sand Castle Field Services website:
www.sandcastlefs.com

## Field Visit Guidelines:

- On all work assignments, you must follow **FDCPA guidelines** including contact attempts from **8:00 AM to 9:00 PM local time only.**
- Protect all client, and client's customer(s) information in all field activities.
- DO NOT ACCEPT PAYMENTS FROM CLIENT'S CUSTOMER(S) or make any payment arrangements with the client's customer(s).
- All client letters and other correspondances must be placed in a SEALED ENVELOPE, labeled ONLY with the name(s) of the client's customer(s) and "PERSONAL and CONFIDENTIAL".
- Please ensure that you are aware of all applicable laws and ordinances for each municipality in which you conduct field work. If a law or ordinance prohibits you from completing the Field Visit as instructed, you are to provide a copy of the ordinance or statute to Sand Castle.

## Order Instructions:

| | | | |
|---|---|---|---|
| Leave SEALED Letter: | Not Applicable | Agent to Contact Client: | Upon Any Party Contact |
| Leave SEALED Letter if Vacant: | No | Customer to Contact Client: | Not Applicable |
| Leave Letter at Gate/Common Area: | No | Can Visit Businesses: | Yes |
| Chase Time: | See Below | Can Visit Mail Stores: | Yes |
| Attempt Neighbor Contact: | Yes | Ask for Customer Contact Info: | Yes |

## Special Instructions:

## Chase Times:

| | |
|---|---|
| Weekday Residential Visit Time (M-F): | Between 8:00am and 9:00pm |
| Weekend Residential Visit Time (Sat-Sun): | Between 8:00am and 9:00pm |

Research business addresses and visit during business hours. If business hours are not found, visit between 8:00am and 5:00pm Mon-Fri.

## Due Date:

Paperwork and photos must be returned to Sand Castle no later than: **Friday, July 25, 2014**

## Collateral/Loan Description:

Mortgage

## Order Information

**Order ID:** 1086709        **Account #:** 409456

**Customer Name(s):**
Maurice Brown

**Chase Address:**
7509 White Oak Ave
Hammond, IN 46324

**Address Classification:**

EXHIBIT X3

page 14

**Client:** 21st Mortgage Corp. Legal Department
Chris Eggert
**Phone:** (800) 955-0021    Ext: 1353
Agent Call Back Number (if available)

Our research has indicated that this address is likely a residential property. Please research the address prior to visiting to verify that this is a residential address.

# 21st Mortgage Corporation NMLS # 2280

620 Market Street, Suite 100
Knoxville, TN 37902   page 15

EXHIBIT X4
1 of 4

July 2, 2014

MAURICE C BROWN
7509 WHITE OAK AVE
HAMMOND, IN 46324

21st Mortgage Loan#: 409456
Ocwen Loan #: 7434272340
Due Date: 2/1/2004
Monthly P&I Amount: $830.86
Monthly Escrow Obligation: $0.00
Total Monthly Payment Amount: $830.86
Amount of Debt: $110585.79
Creditor: Knoxville 2012 Trust

## NOTICE OF ASSIGNMENT, SALE OR TRANSFER OF SERVICING RIGHTS

Dear Customer:

NOTICE OF SERVICING TRANSFER

The servicing of your mortgage loan is being transferred, effective July 1st, 2014. This means that after this date, a new servicer will be collecting your mortgage loan payments from you. Nothing else about your mortgage loan will change.

21st Mortgage is now collecting your payments. Ocwen will stop accepting payments received from you after 6/30/14.

21st Mortgage will collect your payments going forward. Your new servicer will start accepting payments received from you on 7/1/2014.

**Send all payments due on or after 7/1/2014 to 21st Mortgage this address:**

21st Mortgage Corporation         (Make checks payable to "21st Mortgage Corporation")
P.O. Box 148                      (This address is for payments only)
Memphis, TN 38101-0148

If you have any questions for either your present servicer, Ocwen or your new servicer 21st Mortgage, about your mortgage loan or this transfer, please contact them using the information below:

**Current Servicer**
Ocwen Loan Servicing, LLC
Customer Care
1-800-766-4622
PO Box 780
Waterloo, IA 50704

**New Servicer**
21st Mortgage
Customer Service
800-955-0021 ext 2900
620 Market Street
One Centre Square
Knoxville, TN 37902

Under Federal law, during the 60-day period following the effective date of the transfer of the loan servicing, a loan payment received by your old servicer on or before its due date may not be treated by the new servicer as late, and a late fee may not be imposed on you.

You will receive a 21st Mortgage coupon book very soon. <u>Until you receive your coupon book, please include your new 21st Mortgage loan number on your payment to insure proper credit to your account.</u> The payment book you will receive from 21st Mortgage may contain from one (1) to twelve (12) coupons. When the final payment in your first coupon book has been paid, you will automatically receive a new coupon book for the next twelve payments.

You can also make you payment online at https://www.21stmortgageonline.com/access

**Additional important information is located on the reverse and following pages**

Sincerely,
21st Mortgage Corporation

21st Mortgage Corporation
P.O. Box 477
Knoxville, TN 37901



(865)292-2120
Toll Free (800)955-0021
Fax (877)830-3100
NMLS # 2280

7/04/2014

+ 0500827 000000404 0921L2 00085818
MAURICE C BROWN
7509 WHITE OAK AVE
HAMMOND IN 46324-3140

Account Number:   0409456-0



page 16



## Changes To Your Mortgage Interest Rate and Payments On **09/01/2014**

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a   6   month period during which your interest rate stayed the same. That period ends on 09/01/2014, so on that date your interest rate and mortgage payment change. After that, your interest rate may change every   6   months for the rest of your loan term.

|  | **Current** Rate and Monthly Payment | **Estimated New** Rate and Monthly Payment |
|---|---|---|
| Interest Rate | 8.125% | 8.125% |
| Principal | 82.10 | 101.90 |
| Interest | 748.76 | 748.76 |
| Escrow (Taxes and Insurance) |  |  |
| Total Payment | 830.86 | 850.66   Due 09/01/2014 |

**Interest Rate:** We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points called the "margin." Under your loan agreement, your index rate is   .3279   and your margin is   7.375%.
The 6 MONTH LIBOR - WSJ FBD 1 MO B4 is published monthly in the
Wall Street Journal.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. Your new payment is based on the   6 MONTH LIBOR - WSJ FBD 1 MO B4 index, your margin, your
loan balance of  $110585.79 and your remaining loan term of 343 months.

**Rate Limits:** Your rate cannot go higher than 15.125%  over the life of the loan. Your rate can change each   6 months by no more than   1.000%.

### SEE OTHER SIDE FOR IMPORTANT INFORMATION

PSX0146XX          0011          04094560



```
21ST MORTGAGE COMPANY
     620 MARKET STREET
    KNOXVILLE, TN 37902
     TEL: 800-955-0021
NMLS# 2280 * FAX: 877-312-2100
```

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

MAURICE C  BROWN                                0409456 0
7509 WHITE OAK AVE                              8/01/14
HAMMOND, IN 46324                               020901

This is a statement of actual activity in your escrow account from SEPTEMBER 2013 through AUGUST 2014. This Section provides last year's projections and compares it with the actual activity.

| CURRENT PAYMENT INFORMATION | | YOUR NEW PAYMENT INFORMATION | |
|---|---|---|---|
| Principal & Interest: | $830.86 | Principal & Interest: | $830.86 |
| Escrow Payment: | .00 | Escrow Payment: | 219.58 |
| Other: | .00 | Other: | .00 |
| TOTAL PAYMENT: | $830.86 | PAYMENT DUE: 09/01/14 | $1,050.44 |

### ACTUAL CURRENT YEAR ACTIVITY

| | Actual Payments To Escrow | Last Year Projected Payments To Escrow | Actual Payments From Escrow | Last Year Projected Payments From Escrow | Description | Actual Escrow Balance | Projected Escrow Balance |
|---|---|---|---|---|---|---|---|
| Starting Balance: | | | | | | 116.00 | |
| 2014 /07 | | | 116.00- | | Adjustment ABD | | |
| 2014 /07 | 1075.41 | | | | Adjustment ABI | 1075.41- | |
| 2014 /07 | | | 1075.41- | | LAKE COUNTY TREASURER | 1075.41- | |

Totals:                    1191.41-

An asterisk(*) indicates a difference from the previous estimate.

Last year, we anticipated that payments from your account would be made during this period equaling. Under federal law, your lowest monthly balance should not have exceeded or 1/6 of anticipated payments from the account, unless your mortage contract or state law specifies a lower amount. Under the mortgage contract and state law your lowest balance should not have exceeded.

Your actual lowest monthly balance was less than. The items with an asterisk on your Account History may explain this. If you want further explanation, please call our toll-free number.



page 17

21st Mortgage Corporation
P.O. Box 477
Knoxville, TN 37901

(865)292-2120
Toll Free (800)955-0021
Fax (877)830-3100
NMLS # 2280

8/12/2014

+ 0506781 000006896 0921L2 00085818
MAURICE C BROWN
7509 WHITE OAK AVE
HAMMOND IN 46324-3140

Account #:    0409456-0

# Notice of Delinquency

Your payment is past due. Your loan became delinquent on 02/02/2004. Failure to bring your loan current may result in fees and foreclosure – the loss of your home. Total amount due below may include late fees.

*Recent Account History*
- Payment Due 03/01/2014 - Unpaid Amount $850.66
- Payment Due 04/01/2014 - Unpaid Amount $850.66
- Payment Due 05/01/2014 - Unpaid Amount $850.66
- Payment Due 06/01/2014 - Unpaid Amount $850.66
- Payment Due 07/01/2014 - Unpaid Amount $850.66
- Payment Due 08/01/2014 - Unpaid Amount $850.66
- **Current Payment Due** 09/01/2014 - $1,070.24
- **Total due in order to bring account current:** $122,196.12

*Take Note:* *if a Notice of Acceleration has been issued on your account pursuant to the terms of your agreement and/or as required by state law, your loan has been accelerated; therefore, the remaining balance on your account has become due and payable. In such case, the total amount owing on your account is* $224,061.29 *as of the date of this notice, including all late charges and allowing for all credits, payments offsets and rebates of unearned finance charges and unexpired insurance premiums. Interest accrues at the Contract rate until paid. The amount quoted above does not include any legal fees that may have been accrued on this account. Please contact your representative for more information.*



EXHIBIT X4
4 of 4

page 18

It is important to communicate with your lender when your payments are delinquent. Please contact 21st Mortgage today at our toll free number, 1-800-955-0021 ext 1353 to make arrangements to get your account up to date.

SEE OTHER SIDE FOR IMPORTANT INFORMATION

Chris

PSX0158XX    3323    04094560

PAYMENT BOOK



+ 0525334 000000423 05K921 0085820

BROWN MAURICE C  012
7509 WHITE OAK AVE
HAMMOND IN 46324-3140



MORTGAGE
CORPORATION
Loan No.: 0409456

Visit us online at www.21stmortgage.com to make your payment anytime!

LOAN SUMMARY AS OF 12/14/14

| Total Payment Amount | Principal Balance * | Interest Rate |
|---|---|---|
| $830.86 | $110,585.79 | 8.125 |

* This is your Principal Balance Only. It is not the amount required to pay your loan in full. Please contact a customer service representative at 800-955-0021 ext. 2900 to request a payoff.

**Counseling**
HUD sponsors housing counseling agencies throughout the country that can provide advice on buying a home, renting, defaults, foreclosures, and credit issues. For a listing of HUD approved counseling agencies in your area, please call 1-800-569-4287 or visit http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm

EXHIBIT
X5       pabe 19